## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

DAILIX HERNANDEZ MENDEZ, §
*Petitioner* §
§
v. § Case No. SA-26-CA-00543-XR
§
PAM BONDI, SECRETARY, USDHS §
KRISTI NOEM, ROSE THOMPSON, §
MIGUEL VERGARA, DHS, EOIR, §
*Respondents* §

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Dailix Hernandez Mendez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated **March 13, 2026**. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this March 13, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE